729 A.2d 68

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Paul A. PLETCHER, Respondent.**

Supreme Court of Pennsylvania.

April 6, 1999.

432

Jonelle L. Harter, Executive Deputy Prosecutor, Timothy J. Barker, Deputy Prosecutor, for petitioner.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of April, 1999, the Petition for Allowance of Appeal is granted, limited to whether the victim's hearsay statements of July 9, 1994 constituted excited utterances.